# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 26-MJ-0072-CDA |
| TIAGO ALEXANDRE SOUSA-MARTINS, Defendant. | : |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, Robert I. Goldaris, Assistant United States Attorney for said District, moves this Honorable Court for an Order unsealing the entire case for the above-captioned case as the defendant has been arrested.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

Robert I. Goldaris
Assistant United States Attorney

ORDERED, this 16th day of January, 2026 that the case be UNSEALED.

Charles D. Austin
United States Magistrate Judge

*FILED, LOGGED, ENTERED, RECEIVED JAN 16 2026 AT BALTIMORE CLERK, U.S. DISTRICT COURT DISTRICT OF MARYLAND BY DEPUTY*